```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  MAURICE HEADD et al.,                            :
                             Plaintiffs,           :
                                                   :
             -against-                             :   21 Civ. 6219 (LGS)
                                                   :
                                                   :          ORDER
  PARTS AUTHORITY LLC et al.,                      :
                             Defendants.           :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was transferred to the Southern District of New York from the District of Arizona so Plaintiffs could "join the similarly situated plaintiffs in *Henao v. Parts Authority LLC, et al.*, Case No. 19-10720" (Dkt. No. 54);

WHEREAS, all parties have filed letters proposing next steps (Dkt. Nos. 59, 64);

WHEREAS, Plaintiffs Headd and Cyprian propose staying the case, and Defendants propose that Headd and Cyprian join *Henao* as Plaintiffs.  It is hereby

**ORDERED** that, by **September 9, 2021**, Plaintiff Cyprian shall file a letter confirming whether the arbitration agreement located by Defendants is signed by her; it is further

**ORDERED** that, if Plaintiff Cyprian provides that she signed the arbitration agreement, then by **September 13, 2021**, the parties shall file separate letters stating why Plaintiff Cyprian's claims should not be transferred back to the District of Arizona based on the newly discovered arbitration agreement; it is further

**ORDERED** that Plaintiff Headd shall join *Henao* as an opt-in Plaintiff, and by **September 10, 2021**, Plaintiff Headd shall file a letter stating that he has joined *Henao*.

Dated: September 8, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE