```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
   MAURICE HEADD, et al.,                                     :
                                  Plaintiffs,                 :
                                                              :    21 Civ. 6219 (LGS)
                  -against-                                   :
                                                              :           ORDER
   PARTS AUTHORITY, LLC, et al.,                              :
                                  Defendants.                 :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 15, 2021, required Plaintiff Headd to file either (1) a notice of voluntary dismissal of his claims in this case without prejudice to his claims in *Henao* or (2) a letter stating why his claims should not be dismissed from this case by September 17, 2021 (Dkt. No. 72);

WHEREAS, Plaintiff Headd did not file a notice or a letter.  It is hereby

**ORDERED** that, by **September 22, 2021**, Plaintiff Headd shall comply with the Order dated September 15, 2021.

Dated: September 20, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE