```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  MAURICE HEADD, et al.,                                     :
                                    Plaintiffs,              :
                                                             :    21 Civ. 6219 (LGS)
                   -against-                                 :
                                                             :         ORDER
  PARTS AUTHORITY, LLC, et al.,                              :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff Headd filed a notice of voluntary dismissal on September 23, 2021;

WHEREAS, the notice of voluntary dismissal was flagged as deficient; it is hereby

**ORDERED** that Plaintiff Headd shall cure the deficiency and refile the notice of voluntary dismissal by **September 29, 2021**.

Dated: September 28, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**