UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE HEADD, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>PARTS AUTHORITY, LLC, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-6219-LGS<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE**<br>**OF PLAINTIFF MAURICE HEADD** |

Comes now, Plaintiff Maurice Headd, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(i), and hereby voluntarily dismisses without prejudice his claims in the above-captioned action against all Defendants, without prejudice as to his claims as an opt-in plaintiff and/or putative class member in the related action of *Henao v. Parts Authority, LLC*, No. 19-10720 (S.D.N.Y.) and with each party to bear its own attorney's fees and costs.

Dated:  September 29, 2021
           White Plains, New York

Plaintiff Headd's claims are DISMISSED.

The Clerk of Court is respectfully directed to terminate Plaintiff Headd as a party in this action.

So Ordered.

Dated: September 30, 2021
          New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**

By:  */s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
One North Broadway Suite 900
White Plains, New York 10601
Tel: 914-298-3284
Jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiff and the Putative Class*